1

2

3

4

5

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

6

7

8

9

10

11

12

| | |
|---|---|
| UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA et al., | CASE NO. 2:22–cv–00245–JHC |
| Plaintiff(s), | |
| v. | MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES |
| EVELYN SHAPIRO, | |
| Defendant(s). | |

13

14

**BENCH TRIAL DATE**                    **October 2, 2023 at 01:30 pm**

15

Length of Trial                                      3–10 days

16

Deadline for joining additional parties        June 8, 2022

17

18

Deadline for amended pleadings               April 5, 2023

19

Disclosure of expert testimony under
    FRCP 26(a)(2)                                  April 5, 2023

20

21

All motions related to discovery must be filed by
    (*see* LCR 7(d))                                    May 5, 2023

22

Discovery completed by                          June 5, 2023

23

24

All dispositive motions and motions challenging
    expert witness testimony must be filed by        July 5, 2023
    (*see* LCR 7(d))

25

26

| | |
|---|---|
| Settlement conference held no later than | August 3, 2023 |
| All motions in limine must be filed by<br>      All motions in limine shall be filed as<br>      one motion. | August 21, 2023 |
| Agreed pretrial order due | September 11, 2023 |
| Deposition Designations must be submitted to<br>      the court (not filed on CM/ECF) by:<br>      (*see* LCR 32(e)) | September 13, 2023 |
| Pretrial conference to be held at 01:30 pm on | September 18, 2023 |
| Trial briefs, proposed findings of fact and<br>      conclusions of law, and designations<br>      of deposition testimony pursuant to<br>      LCR 32(e) by | September 25, 2023 |
|       Motions in limine raised in trial<br>      briefs will not be considered. | |

These dates are set at the direction of the court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the court, not by agreement of counsel or parties. The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah at

1    Ashleigh_Drecktrah@wawd.uscourts.gov. See Fed.R.Civ.P.16(b)(3)(B)(v).

2        Counsel are directed to cooperate in preparing the final pretrial order in the format

3    required by LCR 16.1, except as ordered below.

4        The original and one copy of the trial exhibits are to be delivered to the courtroom

5    deputy by close of business the Thursday before trial. Each exhibit shall be clearly

6    marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1;

7    defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate

8    documents shall not be listed twice: once a party has identified an exhibit in the pretrial

9    order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder

10   with appropriately numbered tabs.

11       Counsel must be prepared to begin trial on the date scheduled, but it should be

12   understood that the trial may have to await the completion of other cases.

13       Should this case settle, counsel shall notify Ashleigh Drecktrah at

14   Ashleigh_Drecktrah@wawd.uscourts.gov as soon as possible. An attorney who fails to

15   give the Deputy Clerk prompt notice of settlement may be subject to such discipline

16   as the court deems appropriate.

17

18       A copy of this Minute Order shall be mailed to all counsel of record.

19

20       DATED:    May 11, 2022

21                              s/ Ashleigh Drecktrah
                                Ashleigh Drecktrah, Deputy Clerk to
22                              Hon. John H. Chun, Judge
                                (206) 370−8520
23

24

25

26

MINUTE ORDER SETTING TRIAL DATE
AND RELATED DATES − 3