# Exhibit A

Case 2:22-cv-00245-JHC   Document 23-1   Filed 05/23/22   Page 1 of 3

**Executive Board Meeting Minutes DRAFT**
**October 25, 2021**

1. The Executive Board meeting was called to order at 9:05a.m. by President Cadwell. Present were: EST Evelyn Shapiro, President Joe Cadwell, Acting Vice-President Paul Richter, Warden James Lopez, Conductor Cory Elliot, Ryan Hyke, David Hahm, Antonio Acosta, Chris Dimond, Tony Edwards, Pedro Espinoza, Garth Finley, Steve Kramer, John Lehman, Kevin Mackey, Mario Martinez, Dwayne Moorhead, Mandy Richardson and Tim Whitley. Josh Bolton, Greg Borden, Ray Calica, Vincelle Calica, Nick Culp, Jeremiah Johnson, Sam Murillo and Robert Watson were excused. Jeremy Herron was absent. Locals 2058, 2197, 2750, 2780, 2784, 2949 and 3091 have vacancies.

**COMMUNICATIONS**

- Nick Culp, LU 129, requesting to be excused from the October Executive Board Meeting
- Greg Borden, LU 151, requesting to be excused from the October Executive Board Meeting
- Sam Murillo, LU 271, requesting to be excused from the October Executive Board Meeting
- Robert Watson, LU 808, requesting to be excused from the October Executive Board Meeting
- Ray Calica, LU 1017, requesting to be excused from the October Executive Board Meeting
- Josh Bolton, LU 1243, requesting to be excused from the October Executive Board Meeting
- Vincelle Calica, LU 2761, requesting to be excused from the October Executive Board Meeting
- LU 70, requesting to excuse Joe Weeks from the November Delegate Meeting
- Cooper Lane, LU 1503, requesting to be excused from the November Delegate Meeting
- Notice to Executive Committee from President Cadwell, postponing the September 17, 2021 meeting due to strike activity
- LU 41, Letter regarding motion opposing further contract extensions
- LU 30, Letter regarding motion requesting NWCU representatives pay 2 hour strike assessment
- Cease and Desist letter to Arthur Esparza from Matt Malmsheimer, Haglund Kelley LLP
- LU 129, Letter regarding motion to waive the strike assessment
- LU 1243, Sponsorship request for the Fairbanks Ice Dogs Season Sponsorship
- David Hahm, LU 146, Sponsorship request for the Olympia Toy Run
- Tyson Stuber, NWCU Interim Chief of Operations, Council Toy Drive donation request
- IUOE Local 612, Thank you letter for support of Charity Golf Tournament
- Keith Michel, Forma Construction, Thank you note for Fred Hutch Obliteride 2021 sponsorship

2. A **motion was M/S/C** to excuse those that asked to be excused.

3. EST Shapiro addressed the Executive Committee to explain that during the Western Washington contract negotiations it was determined that election vote rigging was occurring. A Council Staff member discovered this and research was conducted on the back end of the voting system. It was discovered that hundreds of yes votes were coming from the same IP address location. It was also discovered that rigging occurred during the 2018 vote ratification. EST Shapiro took this to the International immediately when this was discovered in 2021. The UBC will impose a Trusteeship to investigate and correct this situation. A

motion to approve the UBC Trusteeship **was M/S/C.**

Dan Shanley, UBC Legal Counsel, introduced the resolution which welcomes and endorses the UBC independent investigation. He discussed the need for corrective actions and requested full cooperation of the Executive Committee and Council Staff. He welcomed General President, Doug McCarron, who received a round of applause. The resolution was passed around the table and signed by the Executive Committee.

Dan Shanley asked for council staff to hand over all electronics – all phones and laptops and instructed all staff present to head back to the Kent headquarters office. The non-staff board members were excused. Dan Shanley mentioned that the process was starting in Western Washington and will extend to the rest of the council after that. He noted that vote tampering is a federal crime and that the UBC will do everything in its power to investigate this and will utilize forensic computer experts.

**REPORTS OF OFFICERS, DELEGATES AND COMMITTEES**

4.
**GOOD OF THE ORDER**

**UNFINISHED BUSINESS**

5.  None

**NEW BUSINESS**

6.  None

The meeting was adjourned at 9:35 a.m. PST.

Respectfully submitted,

Evelyn Shapiro
Executive Secretary-Treasurer