# Exhibit 1

10/27/2021

I resign as EST

I resign as a UFC
#member.

Evelyn Shapiro