UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, an unincorporated association, and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS, an unincorporated association,<br><br>Plaintiff[sic],<br><br>v.<br><br>EVELYN SHAPIRO, an individual,<br><br>Defendant. | Case No.: 2:22-cv-00245-TSZ<br><br>SUPPLEMENTAL DECLARATION OF EVELYN SHAPIRO IN SUPPORT OF HER ANTI-SLAPP MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO RCW 4.24.510, RCW 4.105.020, AND NOERR-PENNINGTON IMMUNITY |

I, EVELYN SHAPIRO, make the following statement under oath subject to penalty of perjury under the laws of the United States and the State of Washington:

1.1  My name is Evelyn Shapiro-O'Connor. I am over the age of eighteen and am competent to testify in these proceedings. My testimony is based upon my personal knowledge, and my education, training, and experience.

SUPPLEMENTAL DECLARATION OF EVELYN SHAPIRO
CAUSE NO.: 2:22-cv-00245-JHC - 1 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

1.2     I make this statement in support of my Anti-SLAPP Motion to Dismiss Plaintiffs' Complaint Pursuant to RCW 4.24.510, RCW 4.105.020, and *Noerr-Pennington* Immunity.

1.3     For purposes of clarification, my communications with the National Labor Relations Board pre-dated plaintiffs filing the complaint against me. I was identified as a supporting witness for other claimants and have been in communication with the investigator prior to filing my individual complaint.

1.4     With regard to plaintiffs' contention that I "resigned" because I was caught has no basis in reality. The statement Shanley made to me after accusing me was something like "Resign or you are fucking fired." Previously he had told me multiple times in reference to the Trusteeship, "Don't cross Doug [McCarron] or it'll be lethal." I feared for my safety and the safety of my family because Shanley threatened me and it was clear that he and McCarron were conspiring to harm me.

1.5     When I figured out what they were doing, I wanted as far away from them as I could get, which meant I was out of a job. I did not resign voluntarily and I did not resign because I was guilty of anything. I feared for my life and my livelihood.

DATED this 27th day of May, 2022 at Burien, WA.

*Evelyn Shapiro-O'Connor*
Evelyn Shapiro

SUPPLEMENTAL DECLARATION OF EVELYN SHAPIRO
CAUSE NO.: 2:22-cv-00245-JHC - 2 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph

CERTIFICATE OF SERVICE

I, Francis Muniz-Nava, hereby certify as follows:

I am over the age of 18, a resident of Pierce County, and not a party to the above action. On May 27, 2022, I electronically filed the above SUPPLEMENTAL DECLARATION OF EVELYN SHAPIRO, with the Clerk of the Court using the Pacer CM/ECF e-filing system which will send notification of such filing to all counsel of record who receives CM/ECF notification.

I certify under penalty of perjury under the laws of the State of Washington that the above information is true and correct.

DATED this 27th day of May, 2022 at Fircrest, Washington.

_____
Francis Muniz-Nava, Legal Assistant

SUPPLEMENTAL DECLARATION OF EVELYN SHAPIRO
CAUSE NO.: 2:22-cv-00245-JHC - 3 of 3

III BRANCHES LAW, PLLC
Joan K. Mell
1019 Regents Blvd. Ste. 204
Fircrest, WA 98466
253-566-2510 ph