UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>Plaintiffs,<br><br>v.<br><br>EVELYN SHAPIRO,<br><br>Defendant. | CASE NO. 2:22-cv-00245-JHC<br><br>ORDER |

This matter comes before the Court on Defendant Evelyn Shapiro's Motion to Appoint Discovery Master Pursuant to Fed. R. Civ. P. 53. Dkt. # 31. The Court has reviewed the materials submitted in support of, and in opposition to, the motion, as well as rest of the case file. Being fully advised, the Court's view is that litigation in this case has not reached the point at which a special master should be appointed. Accordingly, the Court DENIES the motion. However, either side may again request such an appointment, if appropriate, based on further developments and the applicable law. Further, in such an event, the Court DIRECTS the parties to arrange for a telephonic hearing so that it may be explored whether the issue can be resolved without briefing.

Dated this 30th day of September, 2022.

ORDER - 1

John H. Chun
United States District Judge

ORDER - 2