1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   WESTERN DISTRICT OF WASHINGTON
9

| | |
|---|---|
| UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EVELYN SHAPIRO,<br><br>　　　　　　　　　　Defendant. | NO.: 2:22-cv-00245-JHC<br><br>ORDER TO ELIZABETH MARIA ANDREWS TO SHOW CAUSE WHY CONTEMPT CITATION SHOULD NOT ISSUE FOR FAILING TO COMPLY WITH SUBPOENA DUCES TECUM |

ORDER
2:22-cv-00245-JHC

1

This matter comes before the Court on Plaintiffs' motion for order to Elizabeth Maria Andrews to show cause.  Dkt. # 48.  The Court has reviewed the motion and its supporting material.  The motion appears unopposed; any opposition was due yesterday, *see* LCR 7 (d)(3), and none was filed.  The Court GRANTS the motion.

The Court ORDERS Elizabeth Maria Andrews to show cause, in written briefing and any supporting declarations, by January 9, 2023, why she should not be held in contempt for her failure to comply with the subpoena duces tecum served on her by Plaintiffs.  Failure to comply with this order to show cause may subject Ms. Andrews to contempt sanctions.

Plaintiffs are directed to effect service of this order on Elizabeth Maria Andrews by no later than December 20, 2022, and to file proof of service of this order by no later than December 23, 2022.

**IT IS SO ORDERED**.

DATED this 6th day of December, 2022.

*(signature)*
John H. Chun
United States District Judge