THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>Plaintiffs,<br><br>v.<br><br>EVELYN SHAPIRO,<br><br>Defendant. | NO.: 2:22-cv-00245-JHC<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM DEADLINE TO OPPOSE EVELYN SHAPIRO'S MOTION FOR SUMMARY JUDGMENT |

AND NOW, this 9th day of February, 2023, it is hereby **ORDERED** that Plaintiffs' Motion for Relief from Deadline to Oppose Defendant Evelyn Shapiro's Motion for Summary Judgment is **GRANTED** pursuant to Local Civil Rule 7(j) for good cause shown. Defendant's Motion (ECF No. 55) is renoted for March 10, 2023, and Plaintiffs' deadline to oppose the motion is March 6, 2023.

**SO ORDERED.**

_____
Honorable John H. Chun
United States District Court Judge

ORDER GRANTING PLAINTIFFS' MOTION
FOR RELIEF FROM DEADLINE 2:22-
cv-00245-JHC                                                         1