# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, and PACIFIC NORTHWEST REGIONAL COUNCIL OF CARPENTERS,<br><br>          Plaintiffs,<br>     v.<br><br>EVELYN SHAPIRO,<br><br>          Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER 2:22-cv-00245-JHC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

   Defendant Evelyn Shapiro's motion to dismiss is granted, and this case is hereby dismissed with prejudice.

   Dated this 24th day of February, 2023.

                                        _Ravi Subramanian_
                                        Clerk of Court

                                        _/s/Ashleigh Drecktrah_
                                        Deputy Clerk